UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS DONTE MIDDLEBROOK #351947, | Case No. 1:07-cv-1242 |
| Petitioner, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| CINDI S. CURTIN, | |
| Respondent. | |

## **JUDGMENT**

Final judgment is hereby entered in favor of respondent Cindi S. Curtin and against petitioner Marcus Donte Middlebrook.

**IT IS SO ORDERED this 16th day of August 2010.**

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge